# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eric V. Tejada,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv674

Janet A. Norwood,
North Carolina Clerk of
Superior Court ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2012 Order.

Signed: November 26, 2012

Frank G. Johns, Clerk
United States District Court